THE STATE, MATH HANSEN, PROSECUTOR, v. PHILIP P. COSTELLO, CLERK OF THE BOARD OF ALDERMEN OF THE CITY OF PERTH AMBOY, RESPONDENT.

Submitted June 5, 1924—Decided September 29, 1924—Filed October 7, 1924.

**Officers—Public—Title to Office Occupied by Another to be Tested by Quo Warranto—Municipal Action to Oust Officer Tested by Certiorari.**

On *certiorari*.

Before Justices KALISCH, BLACK and CAMPBELL.

For the prosecutor, *Charles K. Seaman, Jr.*

For the respondent, *David T. Wilentz.*

PER CURIAM.

This writ brings up for review the proceedings of the governing body of the city of Perth Amboy, of January 1st, 1924, appointing Michael Stumpf overseer of the poor. Preceding and on such date prosecutor occupied such position of office, and Stumpf immediately, upon his appointment, on January 1st, 1924, qualified, assumed and entered into said office, and has since continuously performed the duties thereof.

This proceeding is not brought by prosecutor as a taxpayer, but for the purpose of contesting the right of Stumpf to such office, and asserting his own right thereto.

Prosecutor has mistaken his remedy, which is by *quo warranto* and not *certiorari*.

Where one claims the right and title to an office from which he has been ousted, and which is occupied by another, the remedy is by *quo warranto*.

Where one is in the possession and occupancy of an office, and municipal action has been taken to oust him or interfere with his right thereto, *certiorari* is the proper method of reviewing such action. *Moore* v. *Bradley Beach*, 87 *N. J. L.* 391; *Murphy* v. *Hudson County*, 92 *Id.* 244; *O'Neill* v. *Bayonne*, 2 *N. J. Adv. R.* 645.

The writ of *certiorari* will be dismissed, with costs.